# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA SCHRADER, *Plaintiff* | : <br> : <br> : |
| v. | : <br> : |
| DAVID W. SUNDAY, Jr., DISTRICT ATTORNEY OF YORK COUNTY, in his official capacity only, and JOSH SHAPIRO, ATTORNEY GENERAL OF PENNSYLVANIA, in his official capacity only <br> *Defendants* | : <br> : CIVIL ACTION NO. 1:21-cv-01559 <br> : <br> : <br> : <br> : <br> : <br> : |

## **ORDER**

**AND NOW** this _____ day of _____, 2021, upon consideration of Defendant David Sunday, Jr.'s Motion to Dismiss Plaintiff's Complaint for failure to state a claim and any responses thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

_____
J.