# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA SCHRADER, | : | Civil No. 1:21-CV-01559 |
| Plaintiff, | : | |
| v. | : | |
| DAVID W. SUNDAY, JR. and JOSH SHAPIRO, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of May, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion for a preliminary injunction is **GRANTED**. (Doc. 9.) Defendants are hereby enjoined from criminally prosecuting or taking other adverse action against Plaintiff under Pennsylvania's Child Protective Services Law, section 6349(b), 23 PA. CONS. STAT. § 6349(b), for publishing, republishing, distributing, or otherwise sharing any documents, whether publicly or privately, originating with either the York County Office of Children and Youth Services or the Pennsylvania Department of Human Services, whether now in her possession or otherwise coming into her possession, concerning Dante Mullinix.

2. The preliminary injunction described in Paragraph 1 shall not issue until Plaintiff posts a bond in the amount of $100. *See* FED. R. CIV. P. 65(c).

                                                     s/Jennifer P. Wilson
                                                     JENNIFER P. WILSON
                                                     United States District Court Judge
                                                     Middle District of Pennsylvania