# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA SCHRADER, | : | Civil No. 1:21-CV-01559 |
| Plaintiff, | : | |
| v. | : | |
| DAVID W. SUNDAY, JR., in his official capacity, and JOSH SHAPIRO, in his official capacity, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of May, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motions to dismiss the complaint are **DENIED**. (Docs. 14, 29.)

2. A telephonic status conference is scheduled for May 31, 2022, at 9:00 a.m. to discuss the schedule for this case. Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line.

                                                s/Jennifer P. Wilson
                                                JENNIFER P. WILSON
                                                United States District Court Judge
                                                Middle District of Pennsylvania